THE CITY OF NEW YORK, Appellant, v. THE CITIZENS WATER SUPPLY COMPANY

---

OF NEWTOWN, Respondent.— The decisions handed down herewith upon the main appeal [See 199 App. Div. 169] make it unnecessary to decide this motion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.